| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Hayden, Katharine S. | 2. Court or Organization<br><br>US District Court - DNJ | 3. Date of Report<br><br>05/13/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III Judge - Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

7. Chambers or Office Address

United States District Court
USPO & Courthouse Building
Newark, New Jersey 07101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Directors | Federal Judges Association |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 05/13/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 1/13-12/13 | Partner, Law Firm - Walder Hayden PA, Roseland, NJ |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Committee on Defender Services | 02/20/13-02/21/13 | Baltimore, MD | Committee Meeting | Hotel, Transportation, Meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 05/13/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 2. - Arbor Realty Trust Inc. Common Stock | A | Distribution | J | T | | | | | |
| 3. - Consolidated Edison Inc. Common Stock | A | Dividend | K | T | | | | | |
| 4. - Duke Energy Corp New Common Stock | A | Dividend | J | T | | | | | |
| 5. - Encana Corp-Cad Common Stock | | None | | | Sold | 01/15/13 | J | B | |
| 6. - Enterprise Prods Partners LP Common Stock | B | Distribution | K | T | | | | | |
| 7. - GlaxoSmithKline PLC SP ADR Common Stock | A | Dividend | J | T | | | | | |
| 8. - JP Morgan Chase & Co. Common Stock | A | Dividend | K | T | | | | | |
| 9. - Kimberly Clark Corp. Common Stock | A | Dividend | K | T | Sold (part) | 11/08/13 | J | B | |
| 10. - Pfizer Inc. Common Stock | A | Dividend | J | T | | | | | |
| 11. - Sasol Ltd., Spons. ADR Common Stock | A | Dividend | K | T | | | | | |
| 12. - Walt Disney Co. Common Stock | | None | K | T | | | | | |
| 13. - Altria Group Inc. Common Stock | A | Dividend | J | T | | | | | |
| 14. - Aqua America Inc. Common Stock | A | Dividend | J | T | Sold (part) | 08/30/13 | J | A | See Note in Part VIII |
| 15. - AT&T Inc. Common Stock | B | Dividend | K | T | | | | | |
| 16. - Chesapeake Energy Corp. Common Stock | A | Dividend | | | Sold | 01/11/13 | J | | |
| 17. - Honeywell Intl Inc. Common Stock | A | Dividend | K | T | Sold (part) | 11/08/13 | J | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Microsoft Corp Common Stock | A | Dividend | K | T | Buy (add'l) | 09/17/13 | J | | |
| 19. - Mitsubishi UFJ Financial Group Inc. ADR Common Stock | A | Dividend | J | T | | | | | |
| 20. -Procter & Gamble Co. Common Stock | A | Dividend | K | T | Sold (part) | 03/06/13 | J | C | |
| 21. - Wal-Mart Stores Inc. Common Stock | A | Dividend | J | T | | | | | |
| 22. -CVS Caremark Corp. Common Stock | A | Dividend | J | T | | | | | |
| 23. - Seaspan Corp Common Stock | A | Distribution | J | T | Sold (part) | 11/18/13 | J | | |
| 24. - Energy Transfer Partners LP Common Stock | B | Distribution | K | T | Buy (add'l) | 01/11/13 | J | | |
| 25. - Home Depot Inc Common Stock | A | Dividend | J | T | Sold (part) | 03/14/13 | J | C | |
| 26. - Layne Christensen Co Common Stock | | None | J | T | | | | | |
| 27. - Lowes Companies Inc Common Stock | A | Dividend | | | Sold | 08/16/13 | J | C | |
| 28. - McDonalds Corp Common Stock | A | Dividend | K | T | | | | | |
| 29. - Wells Fargo & Co Common Stock | A | Dividend | J | T | | | | | |
| 30. - Bristol Myers Squibb Co. Common Stock | A | Dividend | K | T | | | | | |
| 31. - Conagra Foods Inc. Common Stock | A | Dividend | K | T | Buy (add'l) | 11/15/13 | J | | |
| 32. - Deere & Co. Common Stock | A | Dividend | K | T | | | | | |
| 33. - General Electric Co. Common Stock | A | Dividend | J | T | | | | | |
| 34. - H J Heinz Co. Common Stock | A | Dividend | | | Sold | 06/10/13 | K | D | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Kellogg Co. Common Stock | A | Dividend | J | T | | | | | |
| 36. - Mondelez Intl Inc. Common Stock | A | Dividend | J | T | | | | | |
| 37. - National Oilwell Varco Inc. Common Stock | A | Dividend | J | T | Buy (add'l) | 10/17/13 | J | | |
| 38. | | | | | Buy (add'l) | 12/04/13 | J | | |
| 39. - Nustar Energy LP Common Stock | B | Distribution | K | T | Buy (add'l) | 01/15/13 | J | | |
| 40. - Parker-Hannifin Corp. Common Stock | A | Dividend | K | T | | | | | |
| 41. - Philip Morris Intl Inc. Common Stock | B | Dividend | K | T | | | | | |
| 42. - Quanta Services Inc. Common Stock | | None | J | T | | | | | |
| 43. - Raytheon Company Common Stock | A | Dividend | K | T | | | | | |
| 44. - Cenovus Energy Inc. Common Stock | A | Dividend | | | Sold (part) | 01/11/13 | J | D | |
| 45. | | | | | Sold | 10/17/13 | J | C | |
| 46. - General Cable Corp Comon Stock | A | Dividend | | | Sold | 11/08/13 | J | | |
| 47. - Florida Citizens Ppty Ins Corp Sr Sec Municipal Bond | B | Interest | K | T | | | | | |
| 48. - NJ Edu Facs Auth Rev Rfndg Bonds - Uni of Med/Den of NJ | C | Interest | L | T | | | | | |
| 49. - New Jersey ST Edl Facs Auth Rev Refdg - Kean Univ Bond | B | Interest | K | T | | | | | |
| 50. - California St Var Purp Genl Oblig Municipal Bond | B | Interest | K | T | | | | | |
| 51. - AXT Inc. Common Stock | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Boeing Co. Common Stock | A | Dividend | K | T | | | | | |
| 53. - New York Community Bancorp Common Stock | A | Dividend | J | T | | | | | |
| 54. - Public Service Enterprise Grp Common Stock | A | Dividend | J | T | | | | | |
| 55. - Whirlpool Corp Common Stock | | None | | | Sold | 02/22/13 | J | B | |
| 56. - Casino Reinvestment Dev Auth NJ Bond | A | Interest | K | T | | | | | |
| 57. - NJ Higher Ed Assistant Auth Bond | B | Interest | K | T | | | | | |
| 58. - El Du Pont De Nemours & Co Common Stock | A | Dividend | J | T | | | | | |
| 59. - Emerson Electric Co Common Stock | A | Dividend | K | T | | | | | |
| 60. - Nucor Corp Common Stock | A | Dividend | K | T | | | | | |
| 61. - Virgin Islands PFA Rev Bond | B | Interest | K | T | | | | | |
| 62. - Citibank NA Bank Deposit Program | A | Interest | M | T | | | | | |
| 63. - Buckeye Partners LP | A | Distribution | J | T | | | | | |
| 64. - Eaton Corp. PLC SHS Common Stock | A | Dividend | J | T | | | | | |
| 65. | A | Distribution | | | | | | | |
| 66. - Kinder Morgan Inc. Common Stock | A | Dividend | J | T | Buy (add'l) | 01/31/13 | J | | |
| 67. - Kraft Foods Group Inc. Common Stock | A | Dividend | J | T | | | | | |
| 68. - Mine Safety Appliances Co Common Stock | A | Dividend | K | T | Buy (add'l) | 01/11/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Pentair Ltd. Common Stock | A | Dividend | K | T | | | | | |
| 70. - Weyerhauser Co. Common Stock | A | Distribution | J | T | Buy (add'l) | 08/16/13 | J | | |
| 71. - Xylem Inc. Common Stock | A | Dividend | K | T | Buy (add'l) | 01/11/13 | J | | |
| 72. | | | | | Buy (add'l) | 01/15/13 | J | | |
| 73. - Apple Inc. Common Stock | | None | J | T | Buy | 12/18/13 | J | | |
| 74. - BP PLC ADS Common Stock | | None | J | T | Buy | 12/04/13 | J | | |
| 75. - Briggs & Stratton CP Wisc Common Stock | A | Dividend | J | T | Buy | 01/11/13 | J | | |
| 76. | | | | | Buy (add'l) | 10/17/13 | J | | |
| 77. - Cablevision Systems Corp Common Stock | | None | J | T | Buy | 12/02/13 | J | | |
| 78. - Gaslog Ltd Common Stock | A | Dividend | J | T | Buy | 09/04/13 | J | | |
| 79. - Hartford Fin Sers Grp Inc Common Stock | A | Dividend | J | T | Buy | 03/04/13 | J | | |
| 80. | | | | | Buy (add'l) | 08/16/13 | J | | |
| 81. | | | | | Buy (add'l) | 11/15/13 | J | | |
| 82. - Hess Corporation Common Stock | A | Dividend | J | T | Buy | 10/17/13 | J | | |
| 83. - Johnson Controls Incorporated Common Stock | | None | J | T | Buy | 09/17/13 | J | | |
| 84. | | | | | Buy (add'l) | 11/22/13 | J | | |
| 85. | | | | | Buy (add'l) | 12/18/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Timken Co Common Stock | A | Dividend | K | T | Buy | 01/15/13 | J | | |
| 87. | | | | | Buy (add'l) | 08/16/13 | J | | |
| 88. | | | | | Buy (add'l) | 10/17/13 | J | | |
| 89. | | | | | Buy (add'l) | 10/28/13 | J | | |
| 90. | | | | | Buy (add'l) | 11/15/13 | J | | |
| 91. | | | | | Buy (add'l) | 11/22/13 | J | | |
| 92. - Puerto Rico Elec Pwr Auth Rev Ref Ser-MM Bond | | None | K | T | Buy | 07/05/13 | K | | |
| 93. - Ishares FTSE/China 25 Index Fd | | None | | | Buy | 01/15/13 | J | | |
| 94. | | | | | Sold | 04/19/13 | J | | |
| 95. - Linn Energy LLC Uts Rep Ltd LI | A | Distribution | | | Buy | 03/28/13 | J | | |
| 96. | | | | | Sold (part) | 07/03/13 | J | | |
| 97. | | | | | Sold | 10/28/13 | J | | |
| 98. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 99. - Fidelity Investments Money Market Account | A | Dividend | J | T | | | | | |
| 100. - Western Assset Municipal Money Market | A | Interest | J | T | | | | | |
| 101. BROKERAGE ACCOUNT #3 | | | | | | | | | |
| 102. - Citibank NA Bank Deposit | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Hayden, Katharine S. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  IRA/401K ACCOUNTS | | | | | | | | | |
| 104.  - IRA Smith Barney Money Funds Inc. Class A | A | Interest | K | T | | | | | |
| 105.  - IRA Smith Barney Money Funds Class A | D | Interest | N | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 05/13/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII-Line 14 - Fractional shares were sold on 8/30/13 due to a 5-4 stock split of Aqua America Inc. common stock

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Katharine S. Hayden**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544